# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DOUGLAS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-204 |
| | ) | |
| C.R. BARD, INC. AND | ) | |
| BARD PERIPHERAL | ) | |
| VASCULAR, INC. | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

This medical-product-defect case was transferred from the United States District Court for the Northern District of Texas. *See* doc. 25 (Transfer Order). Defendant McKesson Corporation was voluntarily dismissed from this action.[1] Doc. 35. The parties now move, jointly, to stay this case pending settlement negotiations. *See* doc. 36. The Court **GRANTS** the motion, doc. 36, and **STAYS** all deadlines in this case for ninety days from the date of this Order, *i.e.*, January 25, 2021. On that date, the Clerk is **DIRECTED** to lift the stay. By no later than January 25, 2021, the parties must either file their stipulation of dismissal or a joint

---

[1] Since McKesson is no longer a party to this action, its pending Motion to Dismiss, doc. 8, is moot. The Clerk is **DIRECTED** to administratively terminate the motion.

status report including: (1) the status of any ongoing settlement negotiations, (2) the information otherwise required by Federal Rule of Civil Procedure 26(f), and (3) whether the defendants' currently pending motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(2), doc. 2, is not moot.

**SO ORDERED,** this 27th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA